UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.  **FILED: MAY 29, 2008** |
| | ) | **08CV3106          AEE** |
| v. | ) | **JUDGE GUZMAN** |
| | ) | Judge  **MAGISTRATE JUDGE SCHENKIER** |
| MICHAEL R. ANSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

The United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District

of Illinois, brings this action against the defendant, Michael R. Ansley, and for its cause of action

states:

1.    This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1345.

2.    The defendant resides within the Northern District of Illinois.

3.    The defendant became indebted to the United States as set forth in the Certificate of

Indebtedness and promissory note(s) or contract(s) attached as Exhibits "A" and "B" respectively.

4.    Although demand has been made for payment, there remains due and owing the

principal sum of $73,365.52, plus interest calculated through May 5, 2008 in the sum of $2,096.10.

Interest continues to accrue at the rate of 5.125 % per annum.

WHEREFORE, plaintiff demands judgment against the defendant as follows:

a.    in the amount of $71,269.42, which represents  principal and interest due through

May 5, 2008;

b.    interest to continue to accrue at the rate of 5.125% per annum until the date of

judgment;

c.      interest from the date of judgment at the statutory rate pursuant to 28 U.S.C. §1961

until paid in full;

d.      costs of suit, including but not limited to, a filing fee of $350.00, as authorized by 28

U.S.C. § 1914(a), and

e.      for such other proper relief as this court may deem just.


Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/ Melissa A. Childs
    MELISSA A. CHILDS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 353-5331

2



DEPARTMENT OF HEALTH & HUMAN SERVICES          Program Support Center

Rockville  MD  20857

## CERTIFICATE OF INDEBTEDNESS

Michael R. Ansley, D.C.
35 W 322 Fox River Dr
Saint Charles, IL 60174
Ref: 50143321

**Total debt due to the United States of America as of May 5, 2008: $73,365.52 (principal $71,269.42, interest $2,096.10, administrative costs $0.00).**

I certify that the Department of Health and Human Services records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $71,269.42 from May 5, 2008, at the rate of 5.125%. Interest accrues on the principal amount of this debt at the rate of $10.01 per day. Interest is computed at a variable rate and is adjusted quarterly. Due to the annual compounding of interest, the current principal amount is greater than the original amount borrowed.

The claim arose in connection with a Government-insured Health Education Assistance Loan (HEAL) made by a private lender and assigned to the United States.

As a student at the National College of Chiropractic, you applied for and were granted Health Education Assistance Loans (HEAL), Section 701-720 of the Public Health Service Act (42 U.S.C. 292 f-p). You consolidated your HEAL loans into one HEAL Relief Account loan in the amount of $38,250.03. You signed a promissory note on December 11, 1996, agreeing to repay the loan at a variable rate of interest.

Upon your leaving the National College of Chiropractic, you were granted forbearance agreements during the period of July 26, 1998, to January 25, 2001. You were furnished a repayment schedule by the SLMA on December 11, 2000, with notification that payments were to begin February 25, 2001. Between January 31, 1997, and October 19, 1999, you made seventeen (17) payments totaling $2,979.09.

On June 25, 2001, the SLMA sent you a final demand letter to remit payment in full or your account would be filed as a default claim. You did not make any payments, nor did you respond.

On May 14, 2002, in the United States Bankruptcy Court, Northern District of Illinois, you filed a petition for relief under Title 11 U.S.C. Chapter 13 (Case No. 1:02bk18918). The bankruptcy was discharged on November 22, 2005, however, your HEAL debt was not dischargeable under bankruptcy

Due to your bankruptcy, the SLMA filed an insurance claim with the Department of Health and Human Services (HHS). The claim in the amount of $52,580.00 was paid on June 24, 2002, and an assignment of the note was received.

The HHS notified you by letter dated June 27, 2002, that the previous holder of your promissory note submitted an insurance claim and assigned your note to the U.S. Government.

In a letter dated January 19, 2006, you were notified that although payments on your HEAL debt had been suspended during your bankruptcy proceedings, your debt was not subject to cancellation by bankruptcy discharge. You were provided instructions for entering into a repayment agreement (RA) with notice that it must be completed and returned within thirty (30) days along with a good faith payment. You did not comply.

By letter dated March 31, 2006, you were notified that your account had been referred to OSI Collection



## PAGE 2 - CERTIFICATE OF INDEBTEDNESS - MICHAEL R. ANSLEY, D.C.

Services for collection. You were advised that your account would be referred to the U.S. Department of Justice (DOJ) if you failed to either remit payment in full or enter into an RA. You did not comply.

In a letter dated May 18, 2006, you were notified of the DHHS' intent to refer your HEAL debt to other Federal agencies for the purpose of administrative offset under the Debt Collection Improvement Act of 1996. You were advised that a written response, an RA, or payment in full received within sixty (60) days from the date of the letter would terminate administrative offset action. You did not comply.

On September 11, 2006, you were notified that you had sixty (60) days in which to resolve your delinquent debt. You were advised that if you were unwilling to establish an RA, your case would be immediately referred to the Office of the Inspector General (OIG) for exclusion from participation in the Medicare/Medicaid Programs. The letter also informed you that in the event you did not enter into an RA, your debt would be referred to the DOJ for enforced collection. You did not comply.

The following provides a breakdown of payments applied to your account:

| | | |
|---|---|---|
| 17 Payments to Lender | 01/31/97 to 10/19/99 | $2,979.09 |
| Payments to HHS | 02/06/03 to 04/12/05 | $  410.56 |
| Total Amount Applied | | $3,389.65 |

Repeated attempts by HHS have been unsuccessful in establishing an acceptable repayment schedule for your debt. Because of your lack of cooperation the federal government is exercising its option and declaring your note due and payable. Accordingly, your debt has now been referred to the DOJ for enforced collection.

The amount due should be remitted by check, draft or money order(s) payable to the "U.S. Department of Justice" and mailed directly to the United States Attorney, Northern District of Illinois, Everett McKinley Dirksen Bldg, Room 500 S, 219 S. Dearborn St., Chicago, IL 60604-1702.

**CERTIFICATION:** *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

May 5, 2008
Date

Barry M. Blum
Chief, Referral Control Section
Debt Management Branch

# AFFIDDAVIT/INDEMNITY FOR LOST OR ILLEGIBLE PROMISSORY NOTE

***Diane E Klinges***, authorized representative of the Student Loan Marketing
Association, Loan Servicing Center/Pennsylvania ("Sallie Mae"), being duly sworn, says that
an original promissory note was executed for the HEAL loans(s) disbursed/dated

*01/30/97*

The amount of

*$38,250.03*

For the account of

***Michael R Ansley*** ████-8570

The promissory note is ***MISSING***/ILLEGIBLE   despite reasonable attempts made by Sallie Mae to locate
***ORIGINAL***/PRODUCE A LEGIBLE promissory note.  A copy of the original promissory note
***IS***/CAN NOT BE attached.  Sallie Mae agrees to provide the original document to the Department
of Health and Human Services if it is found.

In consideration of the Department of Health and Human Services' (HHS) payment of the claim
filed by Sallie Mae for the above referenced HEAL account of

***Michael R Ansley*** ████-8570

Sallie Mae agrees to repurchase the loans(s) related to the ***MISSING***/ILLEGIBLE   promissory
note(s) from HHS if HHS is unable to fully collect the amount due on the judgement related to the
loan because of the ***MISSING***/ILLEGIBLE   promissory notes(s), either at trial or as documented
in the writing by the Assistant United States Attorney to whom the loan(s) or judgement thereon
would be assigned for trail.  The repurchase price of the loan(s) by HHS pursuant to Sallie Mae's
insurance claim, plus interest at the applicable promissory note or judgement interest rate, plus and
direct costs of HHS in its litigation activities incurred relating to the   ***MISSING***/ILLEGIBLE
promissory notes(s), such as deposition, travel or transcript fees.

Name: Diane E Klinges *Diane E Klinges*

Title: Claims Analyst

Sworn before me this  *06*  day of _____, 2002.

_____
(Notary Public)

My commission expires  _____*12/13/04*_____

Notarial Seal
Dianna L. Gardjulis, Notary Public
Hanover Twp., Luzerne County
My Commission Expires Dec. 13, 2004



GOVERNMENT
EXHIBIT

*B*

SallieMae

The SLS Relief Account

SPECIAL 1995

## Application/Promissory Note

| | | | | | |
|---|---|---|---|---|---|
| 1. Last Name | First Name | Middle Initial | 1a. Former Name (e.g., maiden name) | 2. Social Security Number | |
| Ansley | Mike | R | | -85-70 | |
| 3. Permanent Street Address | | | 4. Day Telephone Number | 5. Evening Telephone Number | |
| 35W322 Fox River Drive | | | 630-584-7913 | same | |
| City | State | Zip | 6. Date of Birth (month/day/year) | 7. Driver's License Number | |
| St. Charles | IL | 60174 | 9/10/47 | A524-5564-7258 | |
| 8. Employer (Name) | | Address | | 9. Major Course of Study Code (see instructions) | |
| Perry Chiropractic Clinic | | 111 E. Main St. | | CHM | |
| City | State | Zip | 10. Graduation Date or Less than Full-Time Date | 11. Grace End Date (if applicable) | |
| St. Charles | IL | 60174 | April 1990 | | |

12. Are you delinquent on the repayment of any Federal Debt?  ☐ Yes  ☒ No

13. Citizenship Status  ☒ A. U.S. Citizen  ☐ B. U.S. National  ☐ C. U.S. Permanent Resident  ☐ D. Other

Registration #
Country of Citizenship

| 14a. Name | 14b. Name | 14c. Name |
|---|---|---|
| Charlotte Ansley | Steve Ansley | George Ansley |
| Relationship to Borrower | Relationship to Borrower | Relationship to Borrower |
| Mother | Brother | Brother |
| Permanent Address | Permanent Address | Permanent Address |
| Box 301 | 59 Apres Britany Woods | 18655 W. Grange Ave. |
| City, State, Zip Code | City, State, Zip Code | City, State, Zip Code |
| St. Charles IL 60174 | Caly IL 60013 | New Berlin WIS. 53151 |
| Area Code & Telephone Number | Area Code & Telephone Number | Area Code & Telephone Number |
| 630-584-2477 | 1-847-639-2662 | 1-414-427-7898 |

| 15. Name and Address of Current Holder | 16. Account Number | 17. Original Principal Balance | 18. Interest Rate | 19. 1st Disbursement Month/Year | 20. Current Balance |
|---|---|---|---|---|---|
| SallieMae same | 8870 | 3870.00 | 8.625 | 7/25/87 | 6,688.52 |
| PO Box 670008 | Same | 7000.00 | 8.625 | 12/15/87 | 10,187.59 |
| Dallas TX 75267-0008 Same | Same | 7000.00 | 8.625 | 8/17/88 | 10,187.59 |
| Same | Same | 4,047.00 | 8.625 | 5/19/89 | 5,728.16 |
| Same | Same | 3880.00 | 8.625 | 5/21/89 | 5,649.81 |

21. ☒ I choose GRADUATED REPAYMENT OPTION 1 (50% interest payments in year 1 and 75% interest payments for year 2 followed by payment step-ups in years 3-6, level payments beginning in year 6.)

☐ I choose GRADUATED REPAYMENT OPTION 2 (75% interest payments for year 1 and 85% interest payments for year 2 followed by payment step-ups in years 3-5, level payments beginning in year 6.)

☐ I choose a LEVEL Repayment Plan (level principal and interest payments over the life of the loan.)



I CERTIFY THIS TO A TRUE & CORRECT COPY OF THE ORIGINAL THE SALLIE MAE SERVICING CORPORATION
BY: _____ DATE: 6/6/02
SIGNATURE

RIGHT, TITLE AND INTEREST OF THE UNDERSIGNED IS HEREBY ASSIGNED (WITHOUT WARRANTY, EXCEPT THAT THE NOTE QUALIFIES FOR INSURANCE) TO THE UNITED STATES OF AMERICA
BY _____