UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3106 |
| | ) | |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| MICHAEL R. ANSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**INITIAL STATUS REPORT**

1. **The Nature of the Case**

    A.  Identify the attorneys of record for each party, including the lead trial attorney:

    | United States | Michael R. Ansley |
    |---|---|
    | Melissa A. Childs | *Pro Se,* no appearance filed to date |
    | Assistant United States Attorney | 35 W. 322 Fox River Dr. |
    | 219 S. Dearborn Street, 5th Fl. | St. Charles, Illinois 60174 |
    | Chicago, Illinois 60604 | (630) 584-7913 |
    | (312) 353-5331 | |

    B.  State the basis for federal jurisdiction:

    28 U.S.C. § 1345

    C.  Describe the nature of the claims asserted in the complaint and any counterclaims:

    Breach of contract, recovery of defaulted Health Education Assistance Loan (HEAL)

    D.  State the major legal and factual issues in the case:

    Michael R. Ansley received a HEAL made by a private lender that was assigned to the United States. Ansley must repay the outstanding principal plus accrued interest pursuant to the promissory note. This debt was not discharged in bankruptcy.

    Ansley executed a waiver of service of summons, so his responsive pleading is not due until August 19, 2008. The United States sent Ansley a financial statement to be completed and returned with a payment proposal in an attempt to resolve this case by a stipulation for consent judgment. Ansley has yet to state whether he will settle

        or defend this action, so the United States is presently unable to determine what factual or legal issues may need to be resolved.

    E.    Describe the relief sought by the plaintiff:

        Judgment in the amount of $73,365.42 plus 5.125% interest from May 5, 2008 through the date of judgment, plus interest from the date of judgment at the statutory rate pursuant to 28 U.S.C. § 1961 until paid in full, costs of suit, including but not limited to, a filing fee of $350.00, and for such other proper relief as this court may deem just.

2. **Pending Motions and Case Plan**

    A.    Identify All Pending Motions:

        None

    B.    Proposed Discovery Plan:

        1.    Type of discovery needed:  Written discovery, possibly a deposition.

        2.    Date for Rule 26(a)(1) disclosures:   September 26, 2008

        3.    Fact discovery completion date:   December 26, 2008.

        4.    Expert discovery completion date, including delivery of reports:   None.

        5.    Date for filing dispositive motions:   January 16, 2009

        6.    Date for filing final pretrial order:   February 27, 2009

    C.    With respect to trial, indicate the following:

        1.    Whether jury trial is requested:   No.

        2.    The probable length of the trial:  1-2 days.

        3.    When the case will be ready for trial: March 16, 2009

3. **Consent to Proceed Before a Magistrate Judge**

The parties do not unanimously consent to proceed before a magistrate judge.

4. **Status of Settlement Discussions**

   A. Whether any settlement discussions have occurred: No.

   B. Describe the status of any settlement discussions: None.

   C. Whether the parties request a settlement conference: Not at this time.

   Respectfully submitted,

   PATRICK J. FITZGERALD
   United States Attorney


   By: s/Melissa A. Childs
     MELISSA A. CHILDS
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois  60604
     (312) 353-5331
     melissa.childs@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

    INITIAL STATUS REPORT

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on July 25, 2008, to the following non-ECF filers:

Michael R. Ansley
35 W. 322 Fox River Drive
St. Charles, IL 60174

                           By: s/ Melissa A. Childs
                             MELISSA A. CHILDS
                             Assistant United States Attorney
                             219 South Dearborn Street
                             Chicago, Illinois  60604
                             (312) 353-5331
                             melissa.childs@usdoj.gov