UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 08 C 3106 |
| v. | ) ) | |
| MICHAEL R. ANSLEY, | ) ) | Judge Ronald A. Guzman |
| Defendant. | ) ) | |

**APPLICATION FOR ENTRY OF CONSENT JUDGMENT**

The United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, requests entry of a judgment order pursuant to the attached stipulation for entry of consent judgment. A draft order is attached for the court's convenience.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Melissa A. Childs
  MELISSA A. CHILDS
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois 60604
  (312) 353-5331
  melissa.childs@usdoj.gov


## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

APPLICATION AND STIPULATION FOR CONSENT JUDGMENT

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on July 29, 2008, to the following non-ECF filers:

Michael R. Ansley
35 W. 322 Fox River Drive
St. Charles, IL 60174

            By: s/ Melissa A. Childs
            MELISSA A. CHILDS
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois  60604
            (312) 353-5331
            melissa.childs@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 3106 |
| ) | |
| v. ) | |
| ) | Judge Ronald A. Guzman |
| MICHAEL R. ANSLEY, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR ENTRY OF CONSENT JUDGMENT

It is hereby stipulated and agreed by and between the United States and defendant Michael R. Ansley that it is the intention of the parties to seek entry of a consent judgment order by this court, and in support the parties state:

1. The court has jurisdiction over the subject matter of this lawsuit pursuant to 28 U.S.C. §1345 and Ansley is an adult residing within the Northern District of Illinois.

2. Ansley received a copy of the Complaint and Summons filed in this action and acknowledges such receipt.

3. Ansley acknowledges his liability to the United States in the amount of $73,365.42, which arises from a defaulted Health Education Assistance Loan (HEAL) as detailed in the complaint filed in this cause.

4. Ansley agrees to submit a financial statement and copies of his federal and state income tax returns for the prior year to the United States Attorney's Office on May 15 of each year, and to notify the United States Attorney's Office within thirty days of any change of address or employment until the judgment debt is paid in full.

5. In return for Ansley's consent to entry of judgment, the United States agrees to accept the amount of $73,365.42, plus post-judgment interest at the effective rate computed daily and compounded annually, in full satisfaction of the defendant's liability.

6. All credit card and electronic funds transfer payments shall be made to Account No. 2007A63634 on www.pay.gov. All payments by certified bank check, personal check, or money order shall be made payable to "U.S. Department of Justice" and shall be mailed to:

> U.S. Department of Justice
> P.O. Box 70932
> Charlotte, NC 28272-0932

7. The United States will record a judgment lien against Ansley to secure payment of this judgment debt. The proceeds from the sale of any real estate in which Ansley has an interest may be used to satisfy a portion or all of this judgment debt.

8. The United States may proceed with available administrative and judicial remedies to enforce the judgment debt, upon notice to Ansley.

9. Notice pursuant to paragraph eight shall be deemed due and sufficient notice if sent by first class mail, postage prepaid, to Ansley's address as listed below or to any new address provided by Ansley.

10. This is a publicly available document, and Ansely waives any claim that this or any other document filed in this case is subject to the Privacy Act of 1974, 5 U.S.C. § 552(a).

2

11.   The court shall retain jurisdiction over this case for purposes of enforcing the Consent Judgment Order.

Dated: 7/29/08

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
MELISSA A. CHILDS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5331
melissa.childs@usdoj.gov By: s/

Dated: 7/29/08

*[signature]*
MICHAEL R. ANSLEY
35 W. 322 Fox River Dr.
St. Charles, Illinois 60174
(630) 584-7913

3