UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

United States Of America
                           Plaintiff,

v.                                                Case No.: 1:08−cv−03106
                                                Honorable Ronald A. Guzman

Michael R Ansley
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Defendant not in court. Status hearing held on 7/30/2008. It is ordered that judgment is entered in favor of the United States, and against defendant, Michael R. Ansley, in the amount of $73,365.42, plus interest accruing thereafter at the legal post−judgment rate pursuant to the stipulation for entry of consent judgment filed herein by the parties. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.