# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3106 | DATE | 7/30/2008 |
| CASE TITLE | USA vs. MICHAEL R. ANSLEY | | |

**DOCKET ENTRY TEXT**

Enter consent judgment order.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 30 PM 3:56
FILED-EDT