MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,               )
                                        )
                    Plaintiff,          )        No. 08 C 3106
                                        )
            v.                          )
                                        )        Judge Ronald A. Guzman
MICHAEL R. ANSLEY,                      )
                                        )
                    Defendant.          )

## CONSENT JUDGMENT ORDER

This matter coming before the court on the application of the United States, by agreement and stipulation of the parties, and the court finding that it has jurisdiction over the subject matter and the parties, and that the allegations of the complaint and the application for entry of consent judgment are well taken;

IT IS ORDERED that judgment is entered in favor of the United States, and against the defendant, Michael R. Ansley, in the amount of $73,365.42, plus interest at the legal post-judgment interest rate pursuant to the Stipulation for Entry of Consent Judgment filed by the parties.

ENTER:

_____
United States Judge

Dated: 7/30/08